**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN 27 PM 1:59

TEXAS-EASTERN

| | | |
|---|---|---|
| KUAYLON BATTLE, | § | |
| | § | |
| Plaintiff, | § | BY_____ |
| | § | CASE NO. 4:06cv442 |
| v. | § | |
| | § | |
| PARIS POLICE DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 1, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

ORDERED that Defendant's Motion to Dismiss be **GRANTED** and the Plaintiff's case is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 26ᵗʰ day of June, 2007.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE